

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-19-00801-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES JR., AN INCAPACITATED PERSON,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081L2
Honorable Hugo Martinez, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file her brief is GRANTED. Appellant's brief is due on or before April 13, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court